

FILED OCT 2 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CAPITAL ONE CUSTOMER
DATA SECURITY BREACH LITIGATION

MDL No. 2915

## TRANSFER ORDER

**Before the Panel:**[*] Plaintiffs in two actions move separately under 28 U.S.C. § 1407 to centralize this litigation. Movant in one action seeks centralization in the Western District of Washington or, alternatively, the District of District of Columbia. Movants in five actions seek centralization in the District of District of Columbia. Plaintiffs' motions include 21 actions pending in 12 districts, as listed on Schedule A. The Panel also has been notified of 40 potentially-related actions filed in 13 districts.[1]

The responding parties generally support centralization, though plaintiffs in one potential tag-along action oppose inclusion of their action in centralized proceedings. The remaining responding plaintiffs variously support centralization in the Western District of Washington, the District of District of Columbia, the Eastern District of Virginia, and/or the Northern District of California. Defendant GitHub, Inc. (GitHub) does not oppose centralization and does not have a preference as to transferee district. The Capital One defendants[2] and the AWS defendants[3] support centralization in the Eastern District of Virginia.

On the basis of the papers filed and the hearing held, we find that centralization under Section 1407 of all actions in the Eastern District of Virginia will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share factual issues concerning a recently-announced incident in which an individual gained unauthorized access

---

[*] Judge Nathaniel M. Gorton took no part in the decision of this matter.

Additionally, one or more Panel members who could be members of the putative classes in this litigation have renounced their participation in these classes and have participated in this decision.

[1] These and any other related actions are potential tag-along actions. *See* Panel Rules 1.1(h), 7.1, and 7.2.

[2] Capital One Financial Corporation, Capital One Bank (USA), N.A., and Capital One, N.A.

[3] Amazon.com, Inc. and Amazon Web Services, Inc.

Case 1:19-cv-02929-AJT-JFA Document 31 Filed 10/02/19 Page 2 of 4 PageID# 110
Case MDL No. 2915 Document 196 Filed 10/02/19 Page 2 of 4

-2-

to the personal information, maintained on cloud-based systems, of more than 100 million Capital One credit card customers and individuals who applied for Capital One credit card products. All actions arise from the same data security breach, and they all allege that Capital One failed to put in to place reasonable data protections.[4] Centralization will eliminate duplicative discovery, prevent inconsistent pretrial rulings on class certification and other issues, and conserve the resources of the parties, their counsel, and the judiciary.

We select the Eastern District of Virginia as the transferee district for this litigation. Common defendant Capital One is headquartered within this district in McLean, Virginia, and represents that relevant documents and witnesses will be found there. Moreover, the AWS defendants maintain that relevant witnesses and evidence are located in an AWS facility located in Northern Virginia. Judge Anthony J. Trenga is an able jurist with MDL experience, and we are confident he will steer these proceedings on a prudent course.

IT IS THEREFORE ORDERED that the actions listed on Schedule A and pending outside the Eastern District of Virginia are transferred to the Eastern District of Virginia, and, with the consent of that court, assigned to the Honorable Anthony J. Trenga for coordinated or consolidated pretrial proceedings.

IT IS FURTHER ORDERED that, consistent with Panel docket naming conventions, MDL No. 2915 is renamed, *In re Capital One Customer Data Security Breach Litigation*.

PANEL ON MULTIDISTRICT LITIGATION

Sarah S. Vance
Chair

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY CLERK

Lewis A. Kaplan          Ellen Segal Huvelle
R. David Proctor         Catherine D. Perry
Karen K. Caldwell

---

[4] The Western District of Wisconsin *Baisden* potential tag-along plaintiffs argue their action is distinguishable because they allege unique Wisconsin state law claims and their complaint will focus upon Capital One's alleged failure to inform affected consumers with actual notice that their personal information was compromised. These arguments will be considered in due course through the conditional transfer order process, as this action is not now before the Panel.

IN RE: CAPITAL ONE CUSTOMER
DATA SECURITY BREACH LITIGATION  MDL No. 2915

## SCHEDULE A

<u>Central District of California</u>

LABAJO, ET AL. v. CAPITAL ONE BANK (USA), N.A., ET AL., C.A. No. 5:19-01431

<u>Northern District of California</u>

FISHER, ET AL. v. CAPITAL ONE FINANCIAL CORPORATION, ET AL.,
    C.A. No. 3:19-04485
ABALLO, ET AL. v. CAPITAL ONE FINANCIAL CORPORATION, ET AL.,
    C.A. No. 3:19-04475

<u>Southern District of California</u>

PERDEW v. CAPITAL ONE BANK (USA), N. A., C.A. No. 3:19-01421

<u>District of District of Columbia</u>

ZOSIAK v. CAPITAL ONE FINANCIAL CORPORATION, ET AL., C.A. No. 1:19-02265
TADROUS v. CAPITAL ONE FINANCIAL CORPORATION, ET AL.,
    C.A. No. 1:19-02292
BERGER, ET AL. v. CAPITAL ONE FINANCIAL CORPORATION, ET AL.,
    C.A. No. 1:19-02298
GREENSTEIN v. CAPITAL ONE FINANCIAL CORPORATION, ET AL.,
    C.A. No. 1:19-02307
LIPSKAR v. CAPITAL ONE FINANCIAL CORPORATION, ET AL., C.A. No. 1:19-02328

<u>Middle District of Florida</u>

FRANCIS v. CAPITAL ONE FINANCIAL CORPORATION, ET AL., C.A. No. 8:19-01898

<u>Northern District of Illinois</u>

RUFFINO v. CAPITAL ONE FINANCIAL CORPORATION, ET AL., C.A. No. 1:19-05234

<u>District of Kansas</u>

HARN v. CAPITAL ONE FINANCIAL CORPORATION, ET AL., C.A. No. 2:19-02441

-4-

### Eastern District of New York

HUN v. CAPITAL ONE FINANCIAL CORPORATION, ET AL., C.A. No. 1:19-04436

### Southern District of New York

HOWITT v. CAPITAL ONE FINANCIAL CORPORATION, ET AL., C.A. No. 1:19-07161

### Eastern District of Pennsylvania

VEVERKA v. CAPITAL ONE, N.A., ET AL., C.A. No. 2:19-03461

### Eastern District of Virginia

BAIRD v. CAPITAL ONE FINANCIAL CORPORATION, C.A. No. 3:19-00585
MCDONOUGH v. CAPITAL ONE FINANCIAL CORPORATION, ET AL.,
    C.A. No. 3:19-00595
ANTHONY v. CAPITAL ON., N.A., ET AL., C.A. No. 3:19-00608
HILKER v. CAPITAL ONE FINANCIAL CORPORATION, ET AL., C.A. No. 1:19-00995

### Western District of Washington

FADULLON v. CAPITAL ONE FINANCIAL CORPORATION, ET AL.,
    C.A. No. 2:19-01189
OUELLETTE, ET AL. v. CAPITAL ONE FINANCIAL CORPORATION, ET AL.,
    C.A. No. 2:19-01203