**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

IN RE: CAPITAL ONE CONSUMER )
DATA SECURITY BREACH LITIGATION ) MDL No. 1:19md2915 (AJT/JFA)
______________________________________)

This Document Relates to CONSUMER Cases

**JUDGMENT**

Pursuant to the order of this Court entered on November 17, 2022 and in accordance with Federal Rule of Civil Procedure 54, JUDGMENT is entered as to the following, all of which is to be paid from the Settlement Fund: (1) attorneys' fees in the amount of $53,200,000, or twenty-eight (28) percent of the Settlement Fund; (2) litigation costs and expenses in the amount of $2,345,821.98; and (3) service awards to the seventeen plaintiffs who were deposed in the litigation in the amount of $5,000 each.

FERNANDO GALINDO, CLERK OF COURT

By:________________/s/________________
D. Van Metre
Deputy Clerk

Dated: 11/21/2022
Alexandria, Virginia